IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                                            Case No. 3:08cr8/MCR

GERARDO A. KLUG
_____/

## ORDER OF FORFEITURE

This matter is before the Court on the Motion for Order of Forfeiture filed by the United States of America. Being fully advised in the premises, the Court finds as follows:

WHEREAS, on January 23, 2009, the United States of America filed an Indictment which included a forfeiture allegation pursuant to 18 U.S.C. § 982 and 21 U.S.C. § 853; and

WHEREAS, on November 17, 2008, a jury found Gerardo Klug guilty of acts in violation of 18 U.S.C. 982 and 21 U.S.C. § 846; and

WHEREAS, on November 17, 2008, Gerardo Klug stipulated to a forfeiture judgment of $47,000.00; and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists fo a money judgment," it is hereby

**ORDERED, ADJUDGED and DECREED** that Gerardo Klug shall forfeit to the United States of America the sum of $47,000.00 in U.S. currency.

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that the United States of America may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $47,000.00 to satisfy the money judgment in whole or in part.

DONE AND ORDERED this 12TH day of March, 2009

M. Casey Rodgers
M. CASEY RODGERS
United States District Judge